Professional Process Servers
250 E Wisconsin Ave, 18th Floor
Milwaukee, Wisconsin 53202

INVOICE NO. 110488
United States District Court for the Eastern District of Wisconsin

## Declaration of Personal Service on Corporation or Limited Liability Company

**Client:** *Hawks Quindel S.C.*

**Case Name:** LAUREN GOSTON, et al.  **Vs**  FROEDTERT THEDACARE HEALTH, INC.
**Case Number:** 24-CV-1482

**Documents to be Served:**

Summons in a Civil Action, Complaint, Disclosure Statement, Certificate of Service

| | |
|---|---|
| **Corporation or LLC Served:** | Froedtert Thedacare Health, Inc. c/o: Paul Van Den Heuvel |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | Suzanne Rink, Executive Assistant |
| **Address Where Served:** | 9200 W Wisconsin Ave, Milwaukee, WI 53226-3522 |
| **Date and Time Served:** | 11/20/24 9:12 AM |
| **Other Pertinent Information:** | |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

I declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct. Signed on this __22__ day of __Nov__, 2024 at Milwaukee in the state of Wisconsin

**SIGNATURE:** _____
**PROCESS SERVER'S NAME: Devin Sura**

**Fee for service: $60.00**